IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSEL GORE** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | No. 22-1051 |
| v. | : | |
| | : | |
| **WEST COAST SERVICING, INC., et al.** | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 4th day of October 2022, upon consideration of Defendant A. Town Properties, Inc.'s Motion to Dismiss Plaintiff Russel Gore's Amended Complaint (ECF 25), Gore's Response (ECF 27), ATP's Reply (ECF 30), and Gore's Sur-Reply (ECF 31), Defendant West Coast Servicing, Inc.'s Motion to Dismiss Gore's Amended Complaint (ECF 24), and Gore's Response (ECF 26), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that:

1. ATP's Motion (ECF 25) is **GRANTED** and Gore's FDCPA claims against ATP are **DISMISSED**;

2. West Coast's Motion (ECF 24) is **GRANTED** and Gore's FDCPA claims against West Coast are **DISMISSED**;

3. Gore's FDCPA claims against Defendant Independence Real Estate Sales, LLC d/b/a Independence REO are **DISMISSED** *sua sponte*;

4. The Court declines to exercise supplemental jurisdiction over Gore's state law claims and they are **DISMISSED;**

5. If Gore is able to allege facts sufficient to state a plausible claim for relief consistent with the Court's decision, he may file a Second Amended Complaint, if any, on or

before **Monday, October 17, 2022**.  If no Second Amended Complaint is filed, the Court will enter an Order directing the Clerk of Court to mark this case as closed.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**